**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ahmed Malachi ABDEL–AZIZ,**
**Defendant–Appellant.**

**No. 06–8078.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 5, 2007.

Ahmed Malachi Abdel–Aziz, Appellant Pro Se. Dennis M. Duffy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmed Malachi Abdel–Aziz appeals the district court's order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. AbdelAziz,* No. 7:00–cr–00075–F (E.D.N.C. Dec. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*